Decided February 10, 2005

STATE OF CONNECTICUT *v.* GEORGE BINNETTE

The defendant's petition for certification for appeal from the Appellate Court, 86 Conn. App. 491 (AC 24107), is denied.

NORCOTT and KATZ, Js., did not participate in the consideration or decision of this petition.

*Suzanne Zitser* and *Lisa Samuelson,* assistant public defenders, in support of the petition.

*Sarah Hanna,* special deputy assistant state's attorney, in opposition.

Decided February 10, 2005